# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: 20-CV-0452-GRB-AKT

Date Filed: 9/11/2020

Plaintiff:
G&G Closed Circuit Events, LLC

vs.

Defendant:
Juan T. Gomez, individually and d/b/a El Rio Restaurant, et al.

State of New York, County of Albany) ss.:

Received by Rondout Legal Services, Inc. to be served on El Rio Restaurant LLC s/h/a El Rio Restaurant LLC, an unknown business entity d/b/a El Rio Restaurant.

I, James Boland, being duly sworn, depose and say that on the 20th day of November, 2020 at 3:15 pm, I:

Served the within named LIMITED LIABILITY COMPANY, El Rio Restaurant LLC s/h/a El Rio Restaurant LLC, an unknown business entity d/b/a El Rio Restaurant, by delivering two true copies of the Summons in a Civil Action and Complaint pursuant to section 303 LLCL together with statutory service fee in the amount of $40.00 to Colleen Banahan as Office Assistant 2 of The New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12231, the New York State Department of State being the Registered Agent/Statutory Agent of record of the within named limited liability company, in compliance with state statutes.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 240, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 30th day of November, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2022

James Boland
Process Server

Rondout Legal Services, Inc.
P.O. Box 4115
Kingston, NY 12402
(845) 331-6029

Our Job Serial Number: 2020003824
Ref: 2006185

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x