---

**G&G Closed Circuit Events LLC**

Plaintiff

*VS*

Juan J Gomez individually and dba El Rio Restaurant et al

Defendant

---

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Kevin Miller               , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **12/1/2020**, at **12:45 PM** at **2133 Middle Country Road , Centereach, NY 11720**, Deponent served the within **Summons in a Civil Action and Complaint**,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Juan J Gomez individually and dba El Rio individually** , Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **MELISSA FUENTES (Co-Worker), a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A description of **MELISSA FUENTES** is as follows:

**Sex**: Female    **Color of skin**: Lt Brown **Color of hair**: Black    **Age**: 26
**Height**: Under 5ft    **Weight**: 100-130 Lbs.  **Other** :

On **December 2, 2020**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the  United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of  NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on December 2, 2020

Patricia Rothfritz
Notary Public - State of New York
No. 01R06055503; Qualified in Nassau County
My Commission Expires February 26, 2023

**Client's File No.**: 2006184

Process Server, Please Sign
Kevin Miller
Lic# N/A
Job #: 2027242

*RONDOUT LEAL SERVICES, INC.*